JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
MUMRAIZ KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-CR-138-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | |
| MUMRAIZ KHAN, and AHMAD KHAN, ) | Date: June 25, 2013 |
| ) | Time: 9:45 a.m. |
| ) | Hon. John A. Mendez |
| Defendants. ) | |

Defendants Mumraiz Khan and Ahmad Khan and plaintiff United States, through their respective attorneys, hereby stipulate and request that the Court set a status conference re resentencing in the above-captioned case on June 25, 2013, at 9:45 a.m.

After the sentences of defendants Mumraiz Khan and Ahmad Khan were vacated and remanded for resentencing on appeal, this case has been reassigned from Chief U.S. District Judge Morrison C. England to U.S. District Judge John A. Mendez. The parties request that the case be set for a status conference re: resentencing on June 25, 2013. Defense counsel are both currently scheduled to begin an estimated 8-week trial before Judge Mueller on May 6, 2013. Counsel for Mumraiz Khan will also be out of the country from March 24-31, 2013. Defense counsel are working with government counsel toward

presenting the Court with a proposed resolution regarding resentencing.

The Speedy Trial Act does not apply to re-sentencings.

                                                Respectfully submitted,

Dated: March 21, 2013

                                                /s/ John Balazs  
                                                JOHN BALAZS  
                                                Attorney for Defendant  
                                                MUMRAIZ KHAN

Dated: March 21, 2013

                                                /s/ James Greiner  
                                                JAMES GREINER  
                                                Attorney for Defendant  
                                                AHMAD KHAN

                                                BENJAMIN B. WAGNER  
                                                U.S. Attorney

Dated: March 21, 2013

                                        By:    /s/ R. Steven Lapham  
                                                      R. STEVEN LAPHAM  
                                                      Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED.**

Dated: March 22, 2013

                                                /s/ John A. Mendez  
                                                HON. JOHN A. MENDEZ  
                                                U.S. District Court Judge